AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ellis, Ronald L. | Southern District of New York | 11/23/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - f/t | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

500 Pearl Street
Suite 1970
New York, NY 10007-1312

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | Columbia University Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, Ronald L. | 11/23/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Columbia University Law School | $5,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Berkeley Carroll School - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NYU School of Law | November 13-15, 2015 | Manhasset, NY | Seminar/Panel (Teach) | Lodging, Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Axa Equitable (Formerly "The Equitable"; 401(K); Alliance Common Stock | A | Dividend | M | T | | | | | |
| 2. Vanguard Group: Rollover Pension; Wellington Fund | A | Dividend | N | T | | | | | |
| 3. TIAA-CREF; Retirement; Mutual Fund Account | | | | | | | | | |
| 4. - - CREF Stock | A | Dividend | N | T | | | | | |
| 5. - - TIAA Real Estate | D | Dividend | M | T | | | | | |
| 6. - - CREF Fixed Income | A | Dividend | M | T | | | | | |
| 7. JP Morgan Chase Bank; Checking/ Savings | A | Interest | M | T | | | | | |
| 8. JP Morgan Chase Bank; IRA Acct 1; Aliance/Putnam Funds, Money Mkt | C | Dividend | L | T | | | | | |
| 9. JP Morgan Chase Bank; IRA Acct 2; Alliance/Putnam Funds, Money Mkt | B | Dividend | L | T | | | | | |
| 10. Prudential Insurance Co. - Whole Life | A | Dividend | L | T | | | | | |
| 11. Northwestern Mutual Life Insurance Policy 1 - Whole Life | A | Dividend | J | T | | | | | |
| 12. Northwestern Mutual Life Insurance Policy 2 - Whole Life | A | Dividend | J | T | | | | | |
| 13. Met Life Money Market | A | Interest | K | T | | | | | |
| 14. JPMorgan Investments; Managed Brokerage Account | | | | | | | | | |
| 15. -- ALLIANCE BERNSTEIN INTER DIVERSIFIED MUNICIPAL FUND A - AIDAX | A | Dividend | | | Closed | 08/14/15 | J | A | |
| 16. - - ASTON/AIRPOINTE MID CAP FUND CL 1 - ABMIX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. - - AMERICAN CENTURY INTER-TERM TAX FREE BD FD - AXBIX INSTL CL | A | Dividend | J | T | | | | | |
| 18. - - BLACKROCK FDS - BHYIX | A | Dividend | J | T | | | | | |
| 19. -- BLACKROCK INTERNATIONAL INDEX FUND INSTL CL - MAIIX | A | Dividend | J | T | | | | | |
| 20. - - CAUSEWAY CAP MGMT TR INTL VALUE FD INSTL CL - CIVIX | A | Dividend | J | T | | | | | |
| 21. -- DELAWARE GROUP EMERGING MARKETS FUND - DEMIX | A | Dividend | | | Sold | 08/10/15 | J | | |
| 22. - - DODGE & COX FUNDS INTERNATIONAL STOCK FUND - DODFX | A | Dividend | J | T | | | | | |
| 23. -- GOLDMAN SACHS SMALL CAP - GSSIX | A | Dividend | | | Sold | 03/10/15 | J | | |
| 24. - - HARBOR INTERNATIONAL FUND INSTITUTIONAL - HAINX | A | Dividend | J | T | | | | | |
| 25. -- J P MORGAN DEPOSIT SWEEP | A | Dividend | J | T | | | | | |
| 26. - - JPMORGAN TR I INTER TAX FREE BD FD INSTL CL - JITIX | A | Dividend | J | T | | | | | |
| 27. - - JPMORGAN TR I U S EQUITY FD INSTL CL - JMUEX | A | Dividend | J | T | | | | | |
| 28. - - JPMORGAN TR I MID CAP EQUITY FD SELECT CL - VSNGX | A | Dividend | J | T | | | | | |
| 29. -- JPMORGAN TR I SMALL CAP EQUITY FD SELECT CLI - VSEIX | A | Dividend | | | Sold | 11/12/15 | J | | |
| 30. - - JPMORGAN TR II HIGH YIELDFD SELECT CL - OHYFX | A | Dividend | J | T | | | | | |
| 31. - - JPMORGAN VALUE ADVANTAGE FD INSTL CL - JVAIX | A | Dividend | J | T | | | | | |
| 32. -- JPMORGAN TR I INTLVALUE FD INSTL - JNUSX | A | Dividend | | | Sold | 04/07/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, Ronald L. | 11/23/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. - - JPMORGAN TR II SHORT-INTER MUN BD FD INSTL - JIMIX | A | Dividend | J | T | | | | | |
| 34. - - MAINSTAY HIGH YIELD CORPORATE BOND FUND CC I - MHYIX | A | Dividend | J | T | | | | | |
| 35. - - MASSACHUSETTS INVESTORS TRUST CL I - MITIX | A | Dividend | J | T | | | | | |
| 36. - - OAKMARK FUND - OAKMX | A | Dividend | J | T | | | | | |
| 37. - - PIMCO LOW DURATION FUND INSTL CL - PTLDX | A | Dividend | J | T | | | | | |
| 38. - - T ROWE PRICE SUMMIT MUNICIPAL INTERMEDIATE FUND - PRSMX | A | Dividend | J | T | | | | | |
| 39. - - WELLS FARGO ADVANTAGE GROWTH FUND CL I - SGRNX | A | Dividend | J | T | | | | | |
| 40. -- WELLS FARGO ADVANTAGE FUNDS EMERGING MKTS EQ INSTL - EMGNX | A | Dividend | | | Sold | 08/10/15 | J | | |
| 41. -- ISHARES MSCI EAFE ETF - EFA | A | Dividend | J | T | | | | | |
| 42. -- ISHARES RUSSELL 2000ETF - IWM | A | Dividend | | | Sold | 03/12/15 | J | | |
| 43. -- SPDR S&P 500 ETF TRUST -SPY | A | Dividend | J | T | | | | | |
| 44. -- ABERDEEN ASIA PACIFIC - AAPIX | | | | | Buy | 03/10/15 | J | | |
| 45. | | | | | Sold | 08/26/15 | J | | |
| 46. -- BERNSTEIN SANFORD C FD - AIDYX | A | Dividend | J | T | Open | 08/14/15 | J | | |
| 47. - - BLACKROCK FDS MIDCAP IND - EX FD - BRMIX | A | Dividend | J | T | Buy | 10/01/15 | J | | |
| 48. -- BROWN ADVISORY FDS - BAFHX | A | Dividend | J | T | Buy | 08/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, Ronald L. | 11/23/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 49. -- DEUTSCHE X TRACKERS MSCI - DBEF | A | Dividend | J | T | Buy | 04/07/15 | J | | |
| 50. -- WISDOMTREE JAPAN HEDGED EQUITY FUND | A | Dividend | J | T | Buy | 08/10/15 | J | | |
| 51. | | | | | | | | | |
| 52. | | | | | | | | | |
| 53. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, Ronald L. | 11/23/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Asset on line 15 was exchanged for asset on line 46 on 8/14/15.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Ronald L. Ellis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544